IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALEXANDER, et al,<br><br>Defendants | No. CR-10-0730 LHK [HRL]<br><br>STIPULATION AND [PROPOSED] ORDER AUTHORIZING TEMPORARY RETURN OF PASSPORT |

Good Cause Appearing, it is hereby ordered that Ms. Barbara Alexander's passport may be returned to her for a period of time, not to exceed 48 hours, for the purpose of renewing her identification documents. Ms. Alexander is directed to inform pretrial services of any appointments necessary for her to accomplish this task, and is directed to return the passport to United States Pretrial Services immediately after those appointments have been completed.

It is so ordered.

Dated: 3/21/13

By_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER FOR TEMPORARY PASSPORT RETURN  3