**FILED**

MAR 10 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR-10-00730-LHK |
| Plaintiff,   ) | [~~PROPOSED~~] ORDER |
| v.   ) | SAN JOSE VENUE |
| BARBRA ALEXANDER,   ) | |
| Defendant.   ) | |

Leave is granted to the government to dismiss Counts 5, 13, 31, 33, 38, and 39 from the Indictment without prejudice.

Date: 3/10/14

_____
HON. LUCY H. KOH
United States District Judge

MOTION TO DISMISS
CR-10-00730 LHK