Denied for the following reasons:
(1) Exh. 10 is not redacted.
(2) Exh. 75 is missing from government's binders of redacted exhibits and highlighted redacted exhibits.
(3) Exh. 80 is missing as are Exhs. 108, 125, 136, 139-142, 147, 149-150, 152, 154-162, 164-167, 171, 173, 175, 178-179, 182, 184
(4) Address of Alphonsun should be redacted in Exh. 84(b) to be consistent w/ redactions in Exhs. 33 and 84(c).
(5) Exhs. 98 + 99 should be added to the Order.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-00730-LHK |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO FILE CERTAIN EXHIBITS WITH REDACTIONS AND SEAL OTHER TRIAL EXHIBITS |
| BARBRA ALEXANDER, | ) |
| Defendant. | ) |

Good cause appearing therefore, it is hereby ordered that redacted copies of government trial exhibits 4, 10-16, 18-25, 33, 38, 39, 54, 57, 63, 70-83, 84(a), 84(c), 84(d), 100-187, admitted during the trial of United States v. Barbra Alexander, shall be filed by the government and maintained by the Court. Furthermore, it is hereby ordered that government trial exhibits 200, 203-208, 210, 211, and 214 shall be filed and maintained under seal until further order of this Court.

DATED: March 18, 2014

Lucy H Koh
HONORABLE LUCY H. KOH
~~UNITED STATES DISTRICT JUDGE~~

MOTION AND ~~ORDER~~ TO FILE REDACTED TRIAL EXHIBITS
10-00730 LHK