IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBRA ALEXANDER, et al,<br><br>Defendants | No. CR-10-0730 LHK<br><br>STIPULATION AND ~~[PROPOSED]~~<br>ORDER PERMITTING TRAVEL TO<br>THE CENTRAL DISTRICT OF<br>CALIFORNIA |

GOOD CAUSE APPEARING, it is hereby Ordered Ms. Alexander be permitted to travel to San Luis Obispo on Thursday, June 19, to return on or before 12:00 midnight, June 19, 2014.

IT IS SO ORDERED

Dated: 6/16/14

The Hon. ~~Lucy H. Koh~~
United States ~~District~~ Magistrate Judge
HOWARD R. LLOYD