IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBRA ALEXANDER, et al,<br><br>Defendants | ) No. CR-10-0730 LHK<br>)<br>) [PROPOSED] ORDER ALLOWING<br>) TEMPORARY RETURN OF<br>) PASSPORT<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby Ordered that Ms. Alexander's passport may be released to Mr. Robert Bortnick, investigator for the defense, who will accompany Ms. Alexander to the Social Security Administration for the purposes described in the above Stipulation. The passport will be released for no more than 24 hours and shall be returned promptly following the completion of any visit to the Social Security Administration.

IT IS SO ORDERED

Dated: 6/25/14

The Hon. ~~Lucy H. Koh~~
United States ~~District~~ Judge *Magistrate*
HOWARD R. LLOYD